

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR - 6 2009
LORETTA G. WHYTE
CLERK**

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. (504) 310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130
www.ca5.uscourts.gov

March 02, 2009

Mr. Christopher Albert Aberle
PO Box 8583
Mandeville, LA 70470-0000

   No. 09-30051, USA v. Metz
   USDC No. 2:92-CR-469-3

The court has granted the motion of attorney Gary V Schwabe to substitute counsel in this appeal. You are now appointed as counsel under the Criminal Justice Act. We will send you a compensation and expenses voucher separately. You must return it when the appeal concludes. You can obtain a copy of our Plan Under the Criminal Justice Act, listing the duties and responsibilities of court-appointed counsel from the Fifth Circuit's Website "www.ce5.uscourts.gov/cja/cjaDocs/cja-rev03.htm".

We have removed Gary V Schwabe, Jr and the Federal Public Defender's Office from our docket as counsel for appellant. We will not send further orders, correspondence, etc. regarding this appeal.

You will be advised of the next procedural steps to take in this appeal.

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                              By: _____
                              Peter A. Conners, Deputy Clerk
                              504-310-7685

                                                  ___ Fee_____
                                                  ___ Process_____
                                                  _X_ Dktd_____
                                                  ___ CtRmDep_____
                                                  ___ Doc. No._____

cc: w/encl:

Mr. Walter Francis Becker Jr.
Ms. Carol Loupe Michel
Mr. Gary V Schwabe Jr.

Form Name: Appt Withdraw Counsel-APP1